INSURTEC, INC., Appellant,

v.

Vicki LILEY and Division of
Employment Security,
Respondents.

Nos. WD 74693, WD 74733.

Missouri Court of Appeals,
Western District.

Sept. 11, 2012.

M. Courtney Koger, Kansas City, MO, for appellant.

Vicki Liley, Respondent Pro Se.

Shelly A. Kintzel, Jefferson City, MO, for respondent State of Missouri Division of Employment Security.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM.

Insurtec, Inc. appeals the decision of the Labor and Industrial Relations Commission finding that Vicki Liley was not dis-

qualified for unemployment benefits. We affirm. Rule 84.16(b).